1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION

| | |
|---|---|
| **JAMES LEE STEWART,** | **C 07-04061 RS** |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| VS. | |
| **LELAND STANFORD JUNIOR UNIVERSITY,** Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 23, 2008 before the Honorable Judge Richard Seeborg has been continued to **February 11, 2008@ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on February 1, 2008**.**

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356 to take this matter off calendar.

Dated: January 22, 2008                    RICHARD W. WIEKING,
                                            Clerk of Court

                                            /s/_____
                                            Martha Parker Brown
                                            Deputy Clerk