STEVEN D. ZAVODNICK, ESQ. (CA State Bar No. 135419)
Attorney at Law
P.O. Box 33247
Los Gatos, California 95031-3247
Telephone: (408) 399-3100
Facsimile: (408) 356-1255

Attorney for Plaintiff JAMES LEE STEWART

FILED

2008 FEB 15  A 10: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEWART,<br>an individual,<br><br>    Plaintiff,<br><br>Vs.<br><br>LELAND STANFORD JUNIOR<br>UNIVERSITY,<br><br>    Defendant. | Case No.: 5:07-cv-04061-RS<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br>**(F.R.C.P. 55(a))** |

Request for Entry of Default (F.R.C.P. 55(a))        1

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN

2    DISTRICT OF CALIFORNIA:

3        On the complaint filed August 8, 2007, by Plaintiff, JAMES LEE STEWART, please

4    enter default of Defendant LELAND STANFORD JUNIOR UNIVERSITY.  Defendant was

5    served process on November 16, 2007, by Steven D. Zavodnick, a person authorized to serve

6    process under Fed. R. Civ. P. 4(c), that the time within which the Defendant may answer or

7    otherwise move has expired, that Defendant has not answered or otherwise moved and that the

8    time for Defendant to answer or otherwise move has not been extended.

9        DATED this 22nd day of January, 2008.

10

11                                    Respectfully submitted,

12

13                                    STEVEN D. ZAVODNICK
                                      Attorney for Plaintiff JAMES LEE STEWART
14

15                          **(FOR COURT USE ONLY)**

16

17        Default entered as requested on _____, 2008.

18

19                                    _____

20                                    Clerk of the Court

21

22

23

24

25

Request for Entry of Default (F.R.C.P. 55(a))        2

# AFFIDAVIT OF STEVEN D. ZAVODNICK

I, STEVEN D. ZAVODNICK, declare:

1.     All facts stated herein are known to me to be true through my own personal knowledge and I would and could testify thereto in a court of law if called upon to do so.

2.     I am an attorney at law licensed to practice before all courts of the State of California and this Court. I am the attorney for the Plaintiff, James Lee Stewart.

3.     The Complaint in this action was served on Defendant Leland Stanford, Jr. University (by Emery Teranishi, who is authorized to accept service of process for the Defendant), on November 16, 2007 at 11:05 a.m., by Steven D. Zavodnick, a person authorized to serve process under Fed. R. Civ. P. 4(c), that the time within which the Defendant may answer or otherwise move has expired, that Defendant has not answered or otherwise moved and that the time for Defendant to answer or otherwise move has not been extended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 17, 2008, at Los Gatos, California.

STEVEN D. ZAVODNICK

2