AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE: NOVEMBER 16, 2007

Service of the Summons and Complaint was made by me [1]

Name of SERVER: STEVEN D. ZAVODNICK

TITLE: ATTORNEY AT LAW

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY ON EMERY TERANISHI, A PERSON AUTHORIZED BY THE DEFENDANT TO ACCEPT SERVICE OF PROCESS ON ITS BEHALF, AT LELAND STANFORD UNIVERSITY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 10, 2007
Date

Signature of Server

16771 KENNEDY ROAD, LOS GATOS, CA 95032
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure