**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

March 13, 2008

RE:  CV 07-04061 JW    JAMES LEE STEWART-v- LELAND STANFORD JUNIOR UNIVERSITY

Default is declined as to defendant Leland Stanford Junior University on 3/12/08 .

RICHARD W. WIEKING, Clerk

by:  Cindy Vargas  
Case Systems Administrator