UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**　　　　　　　　**Courtroom Deputy: Elizabeth Garcia**
**Date:   3/17/2008**　　　　　　　　**Court Reporter: Irene Rodriguez**
**Case No.: C-07-04061 JW**　　　　**Interpreter:  N/A**
**Related Case No.: N/A**

## TITLE

**James Lee Stewart v. Leland Stanford Junior University**

**Attorney(s) for Plaintiff(s): Steven Zavodnick**
**Attorney(s) for Defendant(s): Carol Copsey**

## PROCEEDINGS

Order to Show Cause re Dismissal

## ORDER AFTER HEARING

Hearing held. The Court continued this matter to April 21, 2008 at 9:00 AM for Further Order to Show Cause re Dismissal.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: