MICHAEL T. LUCEY (SBN: 099927)
CAROL C. COPSEY (SBN: 110375)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEWART, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　　Defendant. | CASE NO. C07 04061 RS<br><br>**NOTICE OF APPEARANCE** |

TO: THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the following attorney hereby states her appearance for defendant LELAND STANFORD JUNIOR UNIVERSITY:

CAROL C. COPSEY (State Bar No. 110375)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: ccopsey@gordonrees.com

Dated: April 16, 2008

GORDON & REES LLP

By: _____
Carol C. Copsey
Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

-1-
NOTICE OF APPEARANCE