```
MICHAEL T. LUCEY (SBN: 099927)
CAROL C. COPSEY (SBN: 110375)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY
```

*IT IS SO ORDERED* /s/ James Ware — Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEWART, an individual, | CASE NO. C07 04061 RS |
| Plaintiff, | STIPULATION RE: TIME AND [~~PROPOSED~~] ORDER |
| vs. | U.S. District Court Local Rules |
| LELAND STANFORD JUNIOR UNIVERSITY, | Local Rule 6-1 |
| Defendant. | |

Pursuant to the U.S. District Court Local Rules, Local Rule 6-1, the parties hereby stipulate regarding time. The Court held a hearing on its Order to Show Cause Re: Dismissal of the Complaint (Declaratory Relief) on March 17, 2008, at 9 a.m. The Court continued the matter to April 21, 2008 at 9 a.m. for Further Order to Show Cause re: Dismissal.

Counsel for Defendant Stanford University ("Stanford" or "Defendant") agreed to accept service of the Complaint (Declaratory Relief), file-stamped August 8, 2007 ("Complaint (Declaratory Relief)", as offered at the hearing on Order to Show Cause re: Dismissal, confirmed to Plaintiff's counsel by telephone, effective April 3, 2008. Counsel for the parties agreed to a date for Stanford's responsive pleading to Plaintiff's Complaint (Declaratory Relief) of Friday, April 18, 2008. On several occasions since the hearing, Counsel for the parties met and conferred by phone to attempt early resolution of this matter.

Following telephonic meet and confers between counsel, on April 8, 2008, Defendant

-2-

wrote Plaintiff, setting forth its legal position, disclosing documents supporting its position, and requesting that Plaintiff withdraw and dismiss Plaintiff's Complaint (Declaratory Relief) in its entirety, on or before April 11, 2008. Defendant also notified Plaintiff that if he did not do so, Plaintiff could be subject to Defendant's Motion under Federal Rule of Civil Procedure, rule 11. Plaintiff's counsel has been in arbitration hearings April 9 through April 14, 2008, limiting the time within which he could analyze and respond to Defendant's position statement and request.

The parties are attempting to resolve this matter in a manner that will limit the Court's dedication of judicial resources to this case, and pursuant to that, hereby enter this stipulation to extend time. The parties hereby stipulate that in order to allow Plaintiff additional time, Plaintiff's counsel will respond to Stanford's April 8, 2008 position statement on or before April 22, 2008. If Plaintiff's response is something other than withdrawal and dismissal of Plaintiff's Complaint (Declaratory Relief) in its entirety, Defendant will have up to and including May 16, 2008 within which to answer or otherwise respond to Plaintiff's Complaint (Declaratory Relief).

//
//
///
//
//
//
//
//
//
//
//
//
//
//

It is so stipulated.

Dated: 4/15/08

_____
Steve Zavodnick, Esq.
Counsel for Plaintiff
James Lee Stewart

Dated: April 16, 2008

_____
Carol C. Copscy, Esq.
Counsel for Defendant
Leland Stanford, Jr. University

[PROPOSED] ORDER

Having reviewed the parties' stipulation, the Court hereby orders that pursuant to the parties' request, it is So Ordered.

In addition, in light of the parties' Stipulation and to accommodate the parties' efforts in resolving the case, the Court continues the Order to Show Cause re: Dismissal hearing from April 21, 2008 to **May 5, 2008 at 9 a.m.** If a Stipulated Dismissal is filed on April 28, 2008, the hearing will be vacated. If a dismissal is not on filed by **April 28, 2008**, the parties shall file a Joint Statement updating the Court on the status of the case.

Dated: April 18, 2008

_____
JAMES WARE
United States District Judge