MICHAEL T. LUCEY (SBN: 099927)
CAROL C. COPSEY (SBN: 110375)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEWART, an individual, | CASE NO. C07 04061 RS |
| Plaintiff, | **DEFENDANT'S STATEMENT RE: CASE STATUS** |
| vs. | |
| LELAND STANFORD JUNIOR UNIVERSITY, | |
| Defendant. | |

In compliance with the Court's April 18, 2008 Order, Defendant Leland Stanford, Jr. University ("Defendant") hereby submits Defendant's Statement re: Case Status. Pursuant to the parties' Stipulation of April 16, 2008, Plaintiff was to respond by April 22, 2008 to Defendant's April 8, 2008 position statement and request to withdraw and dismiss the case. Not having heard a response, on April 23, 2008, Defendant's counsel contacted Plaintiff's counsel requesting a response. Plaintiff's counsel orally requested that Defendant stipulate to an Amendment to the Complaint for Declaratory Relief regarding Plaintiff's Union's withdrawal of Plaintiff's grievance "without prejudice". Defendant's declined to so stipulate. Defendant, pursuant to the parties' April 16, 2008 Stipulation, will respond to Plaintiffs' Complaint by May 16, 2008. Defendant's counsel provided Plaintiff's counsel with this Statement re: Case Status as a Joint Statement, and Plaintiff's counsel indicated willingness to submit as a Joint Statement,

-1-
DEFENDANT'S STATEMENT RE: CASE STATUS

but as of April 28, 2008, Plaintiff's counsel has not yet executed the Joint Statement. In order to comply with the Court's April 18, 2008 Order to Submit a Statement on Case Status by April 28, 2008, Defendant is therefore submitting this as solely on behalf of Defendant.

Dated: April 28, 2008

*Carol C. Copsey* /s/
Carol C. Copsey, Esq.
Counsel for Defendant
Leland Stanford, Jr. University

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111