MICHAEL T. LUCEY (SBN: 099927)
CAROL C. COPSEY (SBN: 110375)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEWART, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Defendant. | CASE NO. C07 04061 RS<br><br>**JOINT STATEMENT RE: CASE STATUS** |

In compliance with the Court's April 18, 2008 Order, the parties Plaintiff James Lee Stewart ("Plaintiff") and Defendant Leland Stanford, Jr. University ("Defendant") hereby submit this Joint Statement re: Case Status.

Pursuant to the parties' Stipulation of April 16, 2008, Plaintiff was to respond by April 22, 2008 to Defendant's April 8, 2008 position statement and request to withdraw and dismiss the case. Not having heard a response, on April 23, 2008, Defendant's counsel contacted Plaintiff's counsel requesting a response. Plaintiff's counsel orally requested that Defendant stipulate to an Amendment to the Complaint for Declaratory Relief regarding Plaintiff's Union's withdrawal of Plaintiff's grievance "without prejudice". Defendant's declined to so stipulate; the

/ / /

/ / /

-1-
JOINT STATEMENT RE: CASE STATUS

1 parties plan another meet and confer call. Defendant, pursuant to the parties' April 16, 2008
2 Stipulation, will respond to Plaintiffs' Complaint by May 16, 2008.

4 Dated: April 28, 2008

Steve Zavodnick, Esq.
Counsel for Plaintiff
James Lee Stewart

8 Dated: April 29, 2008

Carol C. Copsey, Esq.
Counsel for Defendant
Leland Stanford, Jr. University

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
JOINT STATEMENT RE: CASE STATUS