1  MICHAEL T. LUCEY (SBN: 099927)
   CAROL C. COPSEY (SBN: 110375)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  LELAND STANFORD JUNIOR UNIVERSITY

*IT IS SO ORDERED*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEWART, an individual, | CASE NO. C07 04061 RS |
| Plaintiff, | **JOINT STATEMENT RE: CASE STATUS** |
| vs. | |
| LELAND STANFORD JUNIOR UNIVERSITY, | **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE RE: DISMISSAL; SETTING CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

In compliance with the Court's April 18, 2008 Order, the parties Plaintiff James Lee Stewart ("Plaintiff") and Defendant Leland Stanford, Jr. University ("Defendant") hereby submit this Joint Statement re: Case Status.

Pursuant to the parties' Stipulation of April 16, 2008, Plaintiff was to respond by April 22, 2008 to Defendant's April 8, 2008 position statement and request to withdraw and dismiss the case. Not having heard a response, on April 23, 2008, Defendant's counsel contacted Plaintiff's counsel requesting a response. Plaintiff's counsel orally requested that Defendant stipulate to an Amendment to the Complaint for Declaratory Relief regarding Plaintiff's Union's withdrawal of Plaintiff's grievance "without prejudice". Defendant's declined to so stipulate; the

///

///

parties plan another meet and confer call. Defendant, pursuant to the parties' April 16, 2008 Stipulation, will respond to Plaintiffs' Complaint by May 16, 2008.

Dated: April 28, 2008

_____
Steve Zavodnick, Esq.
Counsel for Plaintiff
James Lee Stewart

Dated: April 29, 2008

_____
Carol C. Copsey, Esq.
Counsel for Defendant
Leland Stanford, Jr. University

*** ORDER ***

In evaluating the parties' Joint Status Report, it is clear that the parties have been unable to reach a settlement as previously represented to the Court. The Court issued the original Order to Show Cause Re: Dismissal because there was an issue with respect to whether Plaintiff had properly served Defendant. However, at the March 17, 2008 hearing, counsel for Defendant appeared and agreed to accept service on Defendant's behalf. The parties have since attempted to settle their dispute.

Since the issue of proper service is no longer before the Court, the Court withdraws its Order to Show Cause Re: Dismissal. In addition, since Defendant represents that it will file a response to Plaintiff's Complaint by May 16, 2008, the Court sets a Case Management Conference for **June 2, 2008 at 10 a.m.** The parties shall file a Joint Case Management Statement on or before **May 23, 2008.** The Statement shall set forth a good faith discovery plan, with a specific date for close of all discovery.

Dated: April 30, 2008

_____
JAMES WARE
United States District Judge