1  MICHAEL T. LUCEY (SBN: 99927)
   CAROL C. COPSEY (SBN: 110375)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys For: Defendant
6  LELAND STANFORD JUNIOR UNIVERSITY

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES LEE STEWART, an individual,   )   CASE NO. C07 04061
                                       )
12                    Plaintiff,       )   **REQUEST FOR JUDICIAL NOTICE**
                                       )
13                                     )   Fed. Rule Evid. 201;
              vs.                      )   Fed. Rules of Civ. Proc., Rule 12(b)(6);
14                                     )
                                       )   Date:       September 15, 2008
15 LELAND STANFORD JUNIOR              )   Time:       9 A.M.
   UNIVERSITY,                         )   Courtroom:  8, 4th Floor
16                                     )   Judge:      Hon. James Ware
                      Defendant.       )
17                                     )
                                       )
18 _____

19     Pursuant to Federal Rule of Evidence 201, Defendant Leland Stanford, Jr. University

20 ("Defendant"), hereby requests the Court to take Judicial Notice of this Court's official records.

21     Defendant requests judicial notice of the following:

22     1.    The court record in the matter of *James Lee Stewart v. Leland Stanford

23 University, Julie Hardin-Stauter*, Defendants, Case No. C05-04131, filed October 12, 2005, U.S.

24 District Court, Northern District of California, San Jose:

25           a.    Notice of Removal of Action Under 28 U.S.C. section 1441 (b) (Federal

26 Question);

27           b.    Notice of Motion and Motion to Dismiss for Preemption (§ 301, 29 U.S.C.

28 § 185) and for Failure to State a Claim Upon which Relief can be Granted (Court document 5);

  c. Memorandum of Points and Authorities in Support of Defendants Stanford University and Julie Hardin-Stauter's Motion to Dismiss (Court document 6);

  d. Declaration of Melissa Burke in Support of Defendant's Motion to Dismiss;

  e. Opposition to Motion to Dismiss for Preemption (Section 301, 29 U.S.C. § 185) and for Failure to State a Claim Upon Which Relief Can Be Granted (Court Document 16);

  f. Declaration of Steven Zavodnick in Support of Plaintiff's Opposition to Motion to Dismiss for Preemption (Section 301, 29 U.S.C. § 185) and for Failure to State a Claim Upon Which Relief Can Be Granted (Court Document 16);

  g. Order Granting Defendants' Motion to Dismiss with Prejudice, April 5, 2006 (Court document 31); and

  h. Judgment, April 5, 2006 (Court document 32).

See also *Mullis v. United States Bank. Ct.* (9th Cir. 1987) 828 F.2d 1385, 1388, fn.9; *Mack v. South Bay Beer Distributors, Inc.* (9th Cir. 1986) 798 F. 2d 1279, 1282 (documents from clerk's records are subject to Judicial Notice under Federal Rule of Evidence 201 and appropriately considered on a motion to dismiss, matter that is properly the subject of judicial notice may be considered along with the Complaint when deciding a motion to dismiss for failure to state a claim (*MGIC Indem. Corp. v. Weisman* (9th Cir. 1986) 803 F.2d 500, 504 (court may take judicial notice of official records and reports on Rule 12 (b) (6) Motion).

Certified copies of the documents sought to be noticed are attached to this request as Exhibit A.

Dated: May 15, 2008      GORDON & REES LLP

              By: _____/s/_____
              Carol C. Copsey
              Attorneys for Defendant
              LELAND STANFORD JUNIOR UNIVERSITY