IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Lee Stewart, | NO. C 07-04061 JW |
| Plaintiff,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Leland Stanford Junior University, | |
| Defendant. | |

A Case Management Conference in the above entitled case is presently set for June 2, 2008. However, a hearing on Defendant's Motion to Dismiss is presently scheduled for **September 15, 2008 at 9 a.m.** In light of the pending motion to dismiss, the Court VACATES the conference set on June 2, 2008. The Court will reschedule the case management conference, if necessary, in its Order addressing Defendant's motion.

Dated: May 20, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Steven Daniel Zavodnick, szavodnick@verizon.net
Michael Terence, Lucey mlucey@gordonrees.com
Carol Capri Copsey, ccopsey@gordonrees.com

**Dated: May 20, 2008**                                    **Richard W. Wieking, Clerk**

                                                              **By:      /s/ JW Chambers**
                                                                     **Elizabeth Garcia**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California