MICHAEL T. LUCEY (SBN: 99927)
CAROL C. COPSEY (SBN: 110375)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: Defendant
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEWART, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendant. | CASE NO. C07 04061<br><br>**CERTIFICATION OF DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>**U.S. District Court, Local Rule 3-16** |

Pursuant to U.S. District Court, Northern District of California Civil Local Rule 3-16, subdivision (c) (2), the undersigned hereby certifies that as of this date, other than the named parties to this action, there are no interests to report of any persons, associations of persons, firms, partnerships, corporations or other entitles other than the parties themselves known by the party to have either (i) a financial interest (of any kind) in the subject matter in controversy or in

any party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

Dated: May 20, 2008                              GORDON & REES LLP


By: _____/s/_____
       Carol C. Copsey
       Attorneys for Defendant
       LELAND STANFORD JUNIOR UNIVERSITY

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS