UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge: James Ware**          **Courtroom Deputy: Elizabeth Garcia**
**Date:  September 15, 2008**   **Court Reporter: Irene Rodriguez**
**Case No.: C-07-04061  JW**    **Interpreter: N/A**
**Related Case No.: N/A**

TITLE

**James Lee Stewart v. Leland Stanford Junior University**

**Attorney(s) for Plaintiff(s)**: Steven Zavodnick
**Attorney(s) for Defendant(s)**: Carol Copsey

PROCEEDINGS

**Defendant's Motion to Dismiss**

ORDER AFTER HEARING

Hearing Held.  The Court took this matter under submission after oral argument.  The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: