UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STANFORD WORKERS LOCAL 715, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO/CLC and JAMES LEE STEWART, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendant. | CASE NO. C07 04061 JW<br><br>STIPULATION AND [XXXXXXXXXXXX] ORDER RE MOTION FOR DISMISSAL SANCTION<br><br>Date:  July 13, 2010<br>Time:  10:00 a.m.<br>Courtroom:  5<br>Judge:  Hon. Patricia V. Trumbull |

Pursuant to Local Rules for the U.S. District Court, Northern District of California 7-7, 6-1 through 6-2, the parties hereby stipulate to extend the time for the hearing for Defendant's Leland Stanford Junior University's ("Stanford") Motion for Dismissal Sanction ("Stanford's Motion") to July 13, 2010 at 10am in Courtroom 5 from May 18, 2010. ~~The parties further stipulate that Plaintiffs shall have until June 22, 2010 to file an opposition and Stanford shall have until July 6, 2010 to file a reply.~~ *cc szlcc*

Stanford alleges that its Motion was electronically filed and served pursuant to Local Rule 5-4 and General Order 45, as reflected in the Court's Orders designating the case for electronic filing, setting a Motion for hearing on May 18, 2010 at 10am in Courtroom 5. On

- 1 -
STIPULATION RE MOTION FOR DISMISSAL OF SANCTION

1  April 29, 2010, Defendant's Reply to Lack of Opposition to Stanford's Motion was electronically
2  filed and served. On April 29, 2010, counsel for Plaintiffs United Stanford Workers, Local 715,
3  Service Employees International Union, AFL-CIO/CLC and James Lee Stewart ("Plaintiffs"),
4  Steven D. Zavodnick called Stanford's counsel stating that Plaintiffs did not receive Notice of
5  Stanford's Motion. Stanford therefore requested that Plaintiffs' counsel notify it of this in
6  writing (Exhibit A) and received Plaintiffs' written notification that Plaintiffs did not receive
7  service of Stanford's Motion. (Exhibit B)

Pursuant to the Local Rule 6-2, the parties have previously modified time by stipulation, (see April 16, 2008 Stipulation Re: Time and [Proposed] Order) (Re: Order to Show Cause Re: Dismissal of the Complaint)). The effect the requested time modification will have on the schedule for the case will be to postpone hearing on Stanford's Motion for sixty (60) days. Stanford is herewith serving Plaintiffs' counsel by facsimile Stanford's Duplicate Notice of Motion, reflecting the Stipulated hearing date of July 13, 2010, at 10:00 a.m., Courtroom 5.

IT IS SO STIPULATED:

Dated: May 6 2010

GORDON & REES LLP

By: _____
Carol C. Copsey
Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

Dated: 5-5-10

STEVEN D. ZAVODNICK

By: _____
Steven D. Zavodnick
Attorneys for Plaintiffs
UNITED STANFORD WORKERS LOCAL 715,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO/CLC and JAMES LEE
STEWART

- 2 -
STIPULATION RE MOTION FOR DISMISSAL OF SANCTION

1  IT IS SO ORDERED:             /s/ Patricia V. Trumbull
2
   Dated: _____May 7, 2010_____   _____
3                                 Patricia V. Trumbull, U.S. Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
STIPULATION RE MOTION FOR DISMISSAL OF SANCTION

# EXHIBIT A

CAROL C. COPSEY
CCOPSEY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

April 29, 2010

**VIA FACSIMILE, U.S. MAIL and E-MAIL**

Steven Zavodnick
16771 Kennedy Road          and          P.O. Box 33247
Los Gatos, CA 95032                       Los Gatos, CA 95031

  Re: *Stewart v. Stanford University*
    U. S. California-Northern District Court Case No. CV07-04061 JW

Dear Mr. Zavodnick:

  I received your voicemail from 10:35am today, stating that you did not receive Notice ofnDefendant's Motion for Dismissal Sanction, and requesting that the motion be withdrawn, or alternatively, Defendant's Reply to NonOpposition, which was e-filed at 10:17am today, be withdrawn. Defendant's Motion was electronically filed and served pursuant to Local Rule 5-4 and General Order 45, as reflected in the Court's Orders designating the case for electronic filing. Local Rule 5-4 authorizes electronic filing in conjunction with Federal Rule of Civil Procedure 5 (e), and General Order number 45 requires that each attorney of record is obligated to become an Electronic Case Filing ("ECF") User and be assigned a user ID and password for access to the system, and provides that the Notice of Electronic Filing when e-mailed to the e-mail addresses of record in the case acts as the proof of service.

  Please transmit a letter to us stating that you never received Notice of Defendant's Motion for Dismissal Sanction. Upon receipt of that, we will then reschedule the Motion. I appreciate your prompt attention to this.

           Very truly yours,

           GORDON & REES LLP

           *Carol C. Copsey*
           Carol C. Copsey

CCC/dmg

SFU/1046906/7855360v.1

# EXHIBIT B

**Daisy-Marie Galon**

**From:** Steve D. Zavodnick [szavodnick@gmail.com]
**Sent:** Thursday, April 29, 2010 6:30 PM
**To:** Daisy-Marie Galon
**Subject:** Re: Local 715, Stewart v. Stanford

Carol:

I am in Los Angeles today and tomorrow for client meetings and therefore am responding to your letters of earlier today via e-mail on my iPhone.

As my messages to you and Mike Lucey stated, I did not receive service of your latest Motion to Dismiss, nor did you even clear a date with my office for the motion. Therefore, I expect that you will immediately withdraw the motion with confirmation e-mailed to me by the close of the business day tomorrow, Friday, April 30, 2010.

As I have discussed with you firmly, gently, and in degrees inbetween it behooves both your client and your law firm to diffuse this case, rather than to exacerbate it. I continue to fail to understand why a reputable firm and reputable attorneys have acted as they have when the resolution is a simple non-judicial arbitration pursuant to a Collective Bargaining Agreement.

Toward that end, maybe Mike Lucey, you and I, and your principal from Stanford meet in person, whether at your office, mine, or at Stanford, to see if a reasonable solution can be effectuated.

I will be glad to discuss this with you when I return next week after receipt of your Notice of Withdrawal of Motion is received tomorrow.

Very truly yours,

Steve Zavodnick

Sent from my iPhone

On Apr 29, 2010, at 2:45 PM, "Daisy-Marie Galon" <DGalon@gordonrees.com> wrote:

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Morristown * Denver * Miami

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com

<Letter to Zavodnick.pdf>

5/3/2010