UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STANFORD WORKERS LOCAL 715, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO/CLC and JAMES LEE STEWART, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Defendant. | CASE NO. C07 04061 JW<br><br>**STIPULATION AND [** XXXXXXXXXXX **ORDER RE MOTION FOR DISMISSAL SANCTION**<br><br>Date:      July 27, 2010<br>Time:     10:00 a.m.<br>Courtroom: 5<br>Judge:    Hon. Patricia V. Trumbull |

The parties agree to move the time for hearing from July 13, 2010 to July 27, 2010 at 10:00 a.m. in Courtroom 5. Plaintiffs United Stanford Workers Local 715, Service Employees International Union, AFL-CIO/CLC and James Lee Stewart ("Plaintiffs") will serve and file with the Court Opposition to defendant Leland Stanford Junior University's ("Stanford") Motion for Dismissal Sanction no later than July 8, 2010, Stanford will serve and file Reply on or before July 15, 2010.

Pursuant to Local Rule 6-2, the parties have previously modified time by stipulation by the Court's May 7, 2010 Stipulation and Proposed Order re Motion for Dismissal Sanction and April 16, 2008 Stipulation re Time and [Proposed] Order (Re OSC re Dismissal of Complaint)).

The effect the requested modification will have is to postpone hearing for fourteen (14) days. The purpose of the May 7, 2010 Stipulation, was for Stanford to re-serve on Plaintiffs the Motion by non-electronic means, which Motion Stanford re-served May 6, 2010 by fax, and the parties during the extended time also unsuccessfully explored potential resolution.

**IT IS SO STIPULATED:**

Dated: July 1, 2010

GORDON & REES LLP

By: *[signature]*
Carol C. Copsey
Attorneys for Defendant
LELAND STANFORD JUNIOR UNIVERSITY

Dated: 7.1.10.

STEVEN D. ZAVODNICK

By: *Steve Zavodnick / Carol Copsey* (By)
Steven D. Zavodnick
Attorneys for Plaintiffs
UNITED STANFORD WORKERS LOCAL 715, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO/CLC and JAMES LEE STEWART

**IT IS SO ORDERED:**

Dated: July 12, 2010

*[signature]*
Patricia V. Trumbull, U.S. Magistrate Judge