IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Lee Stewart, et al., | NO. C 07-04061 JW |
| Plaintiffs,<br>v.<br>Leland Stanford Junior University<br>Defendant. | **ORDER TO SHOW CAUSE RE: MAGISTRATE JUDGE REPORT AND RECOMMENDATION** |

Presently before the Court is Magistrate Judge Trumbull's Report and Recommendation Regarding Defendant Leland Stanford Junior University's Motion for Dismissal Sanction. Upon review, the Court finds good cause to conduct a hearing. The Court orders Plaintiffs to appear on **August 30, 2010 at 9 a.m.** and to show cause why the Court should not adopt Judge Trumbull's Report and Recommendation.

Dated: August 19, 2010

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Carol Capri Copsey ccopsey@gordonrees.com
Michael Terence Lucey mlucey@gordonrees.com
3 Steven Daniel Zavodnick szavodnick@verizon.net

**Dated: August 19, 2010**                           **Richard W. Wieking, Clerk**

                                               **By:    /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**