IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Lee Stewart, et al., | NO. C 07-04061 JW |
| Plaintiffs,<br>v. | **ORDER FOR DEFENDANT TO SECURE RUSTY SMITH FOR HEARING ON OCTOBER 18, 2010** |
| Leland Stanford Junior University, | |
| Defendant.<br>                                                                / | |

In light of the question surrounding the Declaration of Rusty Smith with respect to the Union's declination to prosecute this case, the Court ORDERS Defendant to secure Mr. Smith's presence at the October 18, 2010 hearing so that his sworn testimony may be taken for the record.

Dated: October 14, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Capri Copsey ccopsey@gordonrees.com
Michael Terence Lucey mlucey@gordonrees.com
Steven Daniel Zavodnick szavodnick@verizon.net

**Dated:  October 14, 2010**                                          **Richard W. Wieking, Clerk**

                                                                      **By:       /s/ JW Chambers**
                                                                            **Elizabeth Garcia**
                                                                            **Courtroom Deputy**