IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Lee Stewart, et al., | NO. C 07-04061 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Leland Stanford Junior University, | |
| Defendant. | |

Pursuant to the Court's October 19, 2010 Order of Dismissal, judgment is entered in favor of Defendant Leland Stanford University against Plaintiffs James Lee Stewart, United Stanford Workers Local 715, and Service Employees International Union, AFL-CIO.

Each party shall bear their own fees.[1]  Defendant is awarded costs.  The Clerk shall close this file.

Dated:  December 7, 2010

JAMES WARE
United States District Judge

---

[1] This does not alter any fees awarded to Defendant as the result of court ordered sanctions against Plaintiffs and counsel for discovery violations and for failure to comply with other Court Orders.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Capri Copsey ccopsey@gordonrees.com
Michael Terence Lucey mlucey@gordonrees.com
Steven Daniel Zavodnick szavodnick@verizon.net

**Dated:  December 7, 2010**                                    **Richard W. Wieking, Clerk**

                                                                                **By:       /s/ JW Chambers**
                                                                                        **Elizabeth Garcia**
                                                                                        **Courtroom Deputy**

United States District Court
For the Northern District of California